# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FLOR MARIA PONCE,**

    **Plaintiff,**

**v.**                                                          **Case No:   6:15-cv-1248-Orl-22GJK**

**AMERICAN TRUCK EQUIPMENT, NESTOR HERNANDEZ, CHRISTIN RIBERA, BRENT CARVER and RICK CARVER,**

    **Defendants.**

## ORDER

This cause is before the Court on Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) filed on August 3, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED, the Complaint be dismissed, and the case be closed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 8, 2015 (Doc. No. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed *In Forma Pauperis* is hereby DENIED.

3. The Complaint is hereby DISMISSED

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 2, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Unrepresented Parties